**Order entered November 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00609-CR

**JOHN PAUL RANGEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-33702-Y**

## ORDER

The Court **REINSTATES** the appeal.

On October 2, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 11, 2015, we received the reporter's record and on November 12, 2015, we received the DVD exhibits. Accordingly, in the interest of expediting the appeal, we **VACATE** the October 2, 2015 order requiring findings. We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
         JUSTICE